GEORGE L. BUCKLEN, Respondent, v. REUBEN W. WRIGHT and Another, Doing Business under the Firm Name and Style of LAKE SHORE SEED COMPANY, Not Incorporated, Appellants.— Order reversed, with costs, verdict of jury reinstated, and judgment directed thereon for the defendants, with costs. Held, while the evidence supports the finding that the horses, or some of them, were on the wrong side of the road, the evidence also justified the jury in finding that the plaintiff was guilty of contributory negligence in running against them, and, therefore, their finding in favor of the defendants should be sustained. All concurred.

ANNIE FRICANO, as Administratrix, etc., Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MONROE COUNTY SAVINGS BANK, Respondent, v. MINA KAHN and Others, Impleaded with EVERETT K. VAN ALLEN, as Trustee in Bankruptcy of the Estate of MARY BUCHBINDER, a Bankrupt, Appellant.— Judgment and order affirmed, with costs. All concurred.

ROBERT BURCH, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ROBERT BURCH, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

WILLIAM B. COX, Respondent, v. CHARLES H. CORY and Another, Appellants.— Judgment affirmed, with costs. The finding of fact contained in defendant's requests to find and numbered 13, which seems to have been made through inadvertence, is disapproved and stricken out. All concurred; Hubbs, J., not sitting.

MARGARET M. THOMPSON, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ELIZABETH MCCARTHY, an Infant, by BRIDGET MCCARTHY, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

MAYME BELL, as Administratrix, etc., Respondent, v. CITY OF BUFFALO Impleaded with BUFFALO GENERAL ELECTRIC COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

FRANK DOMZALSKI, Respondent, v. JOSEPH KURCKARSKI, Appellant.— Judgment and order affirmed, with costs. All concurred.

MARY SCALLION, Respondent, v. AUBURN AND SYRACUSE ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Hubbs, J., who dissented upon the ground that no actionable negligence on the part of the defendant is shown, and that the plaintiff failed to establish her freedom from contributory negligence.

MARTHA HOSMER, as Administratrix, etc., Respondent, v. BYRON C. CARNEY and Another, as Executors, etc., Appellants.— Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.